# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RENEE SOLIS, ET AL.**                                        **CIVIL ACTION**

**VERSUS**

**ASCENSION PARISH SCHOOL**                  **NO.: 17-00677-BAJ-RLB**
**BOARD, ET AL.**

## RULING AND ORDER

Before the Court is the **Motion in Limine to Exclude Deposition Testimony of Renee Solis (Doc. 42)**, filed by Plaintiff, Renee Solis. Plaintiff seeks to exclude pages 1 to 111 of Rene Solis's deposition because it is alleged that one of the two sign-language interpreters used for her deposition used English instead of American Sign Language ("ASL"), a distinct language with its own separate diction and sentence structures. (Doc. 42-1 at pp. 1–2). For the reasons that follow, the Motion in Limine is **DENIED WITHOUT PREJUDICE** to Plaintiffs' Right to re-urge the motion following the hearing on the Motion for Preliminary Injunction (Doc. 20).

A hearing on Plaintiff's motion for preliminary injunction is scheduled for August 15, 2018. (Doc. 41). The Federal Rules of Evidence do not apply to preliminary injunctions. *See Sierra Club, Lone Star Chapter v. F.D.I.C.*, 992 F.2d 545, 551 (5th Cir. 1993) ("[A]t the preliminary injunction stage, the procedures in the district court are less formal, and the district court may rely on otherwise inadmissible evidence."). Because of the relaxed evidentiary standard at a preliminary injunction hearing, the Court will deny the motion.

Accordingly,

**IT IS ORDERED** that the motion (Doc. 42) is **DENIED WITHOUT PREJUDICE** to Plaintiffs' right to re-urge the motion at a later stage.

Baton Rouge, Louisiana, this 6th day of August, 2018.

**BRIAN A. JACKSON, DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**